
| | |
|---|---|
| 1  Dave Carothers, State Bar No. 125536 | **FILED** |
| Cindy R. Caplan, State Bar No. 203868 | |
| 2  Nancy G. Berner, State Bar No. 227142 | 2008 JUL 23  PM 1:47 |
| CARLTON DiSANTE & FREUDENBERGER LLP | |
| 3  4510 Executive Drive | CLERK US DISTRICT COURT |
| Suite 300 | SOUTHERN DISTRICT OF CALIFORNIA |
| 4  San Diego, California 92121 | |
| Telephone: (858) 646-0007 | BY _____ DEPUTY |
| 5  Facsimile: (858) 646-0008 | |
| E-Mail: dcarothers@cdflaborlaw.com | |
| 6          ccaplan@cdflaborlaw.com | '08 CV 1329 W AJB |
|            nberner@cdflaborlaw.com | |

Attorneys for Defendant
REGUS GROUP PLC; REGUS MANAGEMENT GROUP, LLP; REGUS EQUITY BUSINESS CENTERS, L.L.C.; REGUS BUSINESS CENTER LLC; and HQ GLOBAL WORKPLACES LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALVIN REYES, on behalf of himself and all others similarly situated, | Case No. _____ |
| Plaintiff, | [San Diego Superior Court Case No. 37-2008-00085278-CU-BT-CTL] |
| vs. | **DEFENDANT REGUS MANAGEMENT GROUP LLC'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |
| REGUS GROUP PLC; REGUS MANAGEMENT GROUP, LLC; REGUS EQUITY BUSINESS CENTERS, L.L.C.; REGUS BUSINESS CENTER LLC; HQ GLOBAL WORKPLACES LLC THE REGUS GROUP PLC; and, DOES 1-10, | |
| Defendants. | |

The undersigned, counsel of record for Defendant Regus Management Group LLC, ("Defendant" or "Regus"), certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Regus Group PLC

Regus Management Group, LLC

Regus Equity Business Centers, LLC

---

1                                                    NOTICE OF INTERESTED PARTIES

303015.1

1  Regus Business Center LLC

2  HQ Global Workplaces, LLC

3

4

Dated: July 23, 2008

5

CARLTON DiSANTE & FREUDENBERGER LLP
   Dave Carothers
   Cindy R. Caplan
6    Nancy G. Berner

7

8  By: /s/ Cindy R. Caplan
       Cindy R. Caplan
9  Attorneys for Defendants
   REGUS GROUP PLC; REGUS MANAGEMENT GROUP,
10 LLP; REGUS EQUITY BUSINESS CENTERS, L.L.C.;
   REGUS BUSINESS CENTER LLC; and HQ GLOBAL
11 WORKPLACES LLC

12

13

...

28

2       NOTICE OF INTERESTED PARTIES

303015.1

*Alvin Reyes v. Regus Group, PLC, et al.*
San Diego Superior Court, Case No.: 37-2008-00085278-CU-BT-CTL

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO.

I, the undersigned, declare that I am employed in the aforesaid County, State of California. I am over the age of 18 and not a party to the within action. My business address is 4510 Executive Drive, Suite 300, San Diego, California 92121. On July 23, 2008, I served upon the interested party(ies) in this action the following document described as:

**DEFENDANT REGUS MANAGEMENT GROUP LLC'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1**

By placing a true and correct copy thereof enclosed in sealed envelope(s) addressed as stated below for processing by the following method:

DAN STORMER
RANDY RENICK
HADSELL STORMER KEENY RICHARDSON & RENICK LLP
128 NORTH FAIR OAKS AVENUE
PASADENA, CA 91103
TELEPHONE: 626-585-9600
FACSIMILE: 626-577-7079

SUSAN L. GUINN
LAW OFFICE OF SUSAN L. GUINN
4660 LA JOLLA VILLAGE DRIVE, SUITE #500
SAN DIEGO, CA 92122
TELEPHONE: 619-275-5796
FACSIMILE: 619-275-3546

[X]   By placing such envelope(s) with postage thereon fully prepaid into Carlton DiSante & Freudenberger LLP's interoffice mail for collection and mailing pursuant to ordinary business practice. I am familiar with the office practice of Carlton DiSante & Freudenberger LLP for collecting and processing mail with the United States Postal Service, which practice is that when mail is deposited with the Carlton DiSante & Freudenberger LLP personnel responsible for depositing mail with the United States Postal Service, such mail is deposited that same day in a post box, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service in San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 23, 2008, at San Diego, California.

Leslie Rivera Mason
(Type or print name)                                          (Signature)

ORIGINAL

CARLTON DISANTE &
FREUDENBERGER LLP

303363.1

1

PROOF OF SERVICE