CARLTON DiSANTE & FREUDENBERGER LLP
Dave Carothers, State Bar No. 125536
Cindy R. Caplan, State Bar No. 203868
Nancy G. Berner, State Bar No. 227142
4510 Executive Drive
Suite 300
San Diego, California 92121
Telephone: (858) 646-0007
Facsimile: (858) 646-0008
E-Mail: dcarothers@cdflaborlaw.com
    ccaplan@cdflaborlaw.com
    nberner@cdflaborlaw.com

Attorneys for Defendants
REGUS GROUP PLC; REGUS MANAGEMENT GROUP, LLC; REGUS EQUITY BUSINESS CENTERS, L.L.C.; REGUS BUSINESS CENTER LLC; HQ GLOBAL WORKPLACES LLC, and THE REGUS GROUP PLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN REYES, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　vs.<br>REGUS GROUP PLC; REGUS MANAGEMENT GROUP, LLC; REGUS EQUITY BUSINESS CENTERS, L.L.C.; REGUS BUSINESS CENTER LLC; HQ GLOBAL WORKPLACES LLC THE REGUS GROUP PLC; and DOES 1-10,<br><br>　　　　　Defendant. | Case No. 08 CV 1329 W AJB<br><br>**NOTICE OF APPEARANCE AND DESIGNATION OF LEAD ATTORNEY** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Defendants REGUS GROUP PLC; REGUS MANAGEMENT GROUP, LLC; REGUS EQUITY BUSINESS CENTERS, L.L.C.; REGUS BUSINESS CENTER LLC; HQ GLOBAL WORKPLACES LLC, and THE REGUS GROUP PLC (collectively, the "Defendants"), hereby appear in the above-captioned matter by and through their

1　　　　　　　　　　NOTICE OF APPEARANCE AND
　　　　　　　　　　　DESIGNATION OF LEAD ATTORNEY

303615.1

1 | counsel of record:

2 |     Dave Carothers, Esq. (dcarothers@cdflaborlaw.com)
3 |     Cindy R. Caplan, Esq. (ccaplan@cdflaborlaw.com); and
    Nancy G. Berner, Esq. (nberner@cdflaborlaw.com)
4 |     **CARLTON, DiSANTE & FREUDENBERGER LLP**
    4510 Executive Drive, Suite 300
    San Diego, CA 92121
5 |     (858) 646-0007

PLEASE ALSO TAKE NOTICE that Dave Carothers is hereby designated as Lead Attorney, and as such, should be given electronic notice of all proceedings in the instant matter. Defendants further request that Ms. Caplan be removed as Lead Attorney, and place Mr. Carothers as Lead Attorney in her stead.

Dated: July 25, 2008

    CARLTON DiSANTE & FREUDENBERGER LLP
    Dave Carothers
    Cindy R. Caplan
    Nancy G. Berner

    By: ___/s/ Dave Carothers___
        Dave Carothers
    Attorneys for Defendants
    REGUS GROUP PLC; REGUS MANAGEMENT GROUP, LLC; REGUS EQUITY BUSINESS CENTERS, L.L.C.; REGUS BUSINESS CENTER LLC and HQ GLOBAL WORKPLACES LLC

*Alvin Reyes v. Regus Group, PLC, et al.*
*United States District Court, Southern, Case No.: 08 CV 1329 W AJB*

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO.

I, the undersigned, declare that I am employed in the aforesaid County, State of California. I am over the age of 18 and not a party to the within action. My business address is 4510 Executive Drive, Suite 300, San Diego, California 92121. On July 25, 2008, I served upon the interested party(ies) in this action the following document described as:

### NOTICE OF APPEARANCE AND DESIGNATION OF LEAD ATTORNEY

By placing a true and correct copy thereof enclosed in sealed envelope(s) addressed as stated below for processing by the following method:

| | |
|---|---|
| DAN STORMER<br>RANDY RENICK<br>HADSELL STORMER KEENY RICHARDSON & RENICK LLP<br>128 NORTH FAIR OAKS AVENUE<br>PASADENA, CA 91103<br>TELEPHONE: 626-585-9600<br>FACSIMILE: 626-577-7079 | SUSAN L. GUINN<br>LAW OFFICE OF SUSAN L. GUINN<br>4660 LA JOLLA VILLAGE DRIVE, SUITE #500<br>SAN DIEGO, CA 92122<br>TELEPHONE: 619-275-5796<br>FACSIMILE: 619-275-3546 |

[X] By placing such envelope(s) with postage thereon fully prepaid into Carlton DiSante & Freudenberger LLP's interoffice mail for collection and mailing pursuant to ordinary business practice. I am familiar with the office practice of Carlton DiSante & Freudenberger LLP for collecting and processing mail with the United States Postal Service, which practice is that when mail is deposited with the Carlton DiSante & Freudenberger LLP personnel responsible for depositing mail with the United States Postal Service, such mail is deposited that same day in a post box, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service in San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 25, 2008, at San Diego, California.

Leslie Rivera Mason
(Type or print name)                                     (Signature)