1  Dan Stormer, Esq. [S.B. #101967]
2  Randy Renick [S.B. #179652]
   Nagwa Ibrahim [S.B. #255216]
3  HADSELL, STORMER, KEENY,
        RICHARDSON & RENICK, LLP
   128 North Fair Oaks Avenue, Suite 204
4  Pasadena, California 91103-3645
   Telephone:  (626) 585-9600
5  Facsimile:  (626) 577-7079

6  Susan L. Guinn, Esq., [S.B. #159212]
   LAW OFFICE OF SUSAN L. GUINN
7  4660 La Jolla Village Drive, #500
   San Diego, CA 92122
8  Telephone: (619) 275-5796
   Facsimile: (619) 275-3546

9

10  Attorneys for Plaintiffs

11

12              UNITED STATES DISTRICT COURT

13            SOUTHERN DISTRICT OF CALIFORNIA

14

15  ALVIN REYES, on behalf of himself      )   Civil No. 08cv1329 W (AJB)
    and all others similarly situated,     )
16                                          )   **CLASS ACTION**
                      Plaintiffs,           )
17                                          )   **PLAINTIFFS' SETTLEMENT
            v.                              )   BRIEF FOR EARLY NEUTRAL
18                                          )   EVALUATION CONFERENCE**
                                            )
19  REGUS GROUP PLC; REGUS                  )
    MANAGEMENT GROUP, LLC;                  )
20  REGUS BUSINESS CENTERS LLC,             )
    HQ GLOBAL HEADQUARTERS LLC,             )
21  THE REGUS GROUP PLC and                 )
    DOES 1-10,                              )
22                                          )
                                            )
23                    Defendants.

24

25

26

27

28

1